

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

WFORD C. MARTIN
TORNEY GENERAL

March 11, 1971

Honorable Thomas Bartlett, Jr.      Opinion No. M-807
County Attorney
Falls County Courthouse             Re: Authority of County
Marlin, Texas  76661                    Commissioners' Court
                                        to sell unmatured U. S.
                                        Government bonds belong-
                                        ing to the Permanent
                                        School Fund of the County
                                        for the present market
                                        value of such bonds, assum-
                                        ing such market value to
                                        be less than their par
                                        value but in excess of
Dear Mr. Bartlett:                      their cost price.

In your recent letter you request this office to render
an opinion on the following question:

"Does the Commissioners' Court have authority
to sell unmatured United States Government bonds
belonging to the Permanent School Fund of the County
for the present market value of such bonds, if the
market value is now in excess of the price paid for
such bonds, yet less than their par value?"

The responsibility for administering the permanent school
fund of a County is vested in the Commissioners' Court of the
county. Tex. Const. Art. VII, Sec. 6 and Tex. Ed. Code, Sec.
17.81 and Sec. 17.82. These constitutional and statutory
provisions prescribe the type of investments the Commissioners'
Court can make and provide that such investments "shall be
held by the county in trust for the benefit of its public free
schools."

It has been held by this office that Section 6 of Article
VII of the Constitution of Texas prohibited the selling of
U. S. Government bonds belonging to the permanent school fund
of the county at a discount when such procedure would result
in diminishing the permanent school fund of the county.
Attorney General's Opinion No. V-1089. However, when bonds

-3920-

are sold for a price greater than the amount of money of the permanent school fund invested in them, there would be no diminishing of the permanent school fund, no violati( of Section 6 of Article VII of the Texas Constitution and Attorney General's Opinion No. V-1089 would not be applicable.

Finding no other authority which might be construed to prohibit the Commissioners' Court from selling bonds belonging to the permanent school fund at less than par value, it is the opinion of this office that the Commission Court does have authority to sell unmatured United States Government bonds belonging to the permanent school fund of the county at a discount, provided the discount price of th( bonds is not less than the amount of permanent school funds invested in said bonds.

## S U M M A R Y

The Commissioners' Court does have authority to sell unmatured United States Government bonds belonging to the permanent school fund of the county for the present market value of such bonds, if the market value is now in excess of the price paid for such bonds, yet less than their par value.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

By: NOLA WHITE
First Assistant

Prepared by Ed Esquivel
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Pat Bailey
Houghton Brownlee

Honorable Thomas Bartlett, Jr., page 3,    (M-807)

Jack Goodman
John Reeves

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant